ANTHONY IMMORDINO, *ET AL.*, PLAINTIFFS-PETITION-
ERS, v. PAGANO CONSTRUCTION CO., INC., DEFEND-
ANT-RESPONDENT.

*Messrs. Pellettieri & Rabstein* and *Mr. John W. Devine* for
the petitioners.

*Messrs. Lenox, Giordano, Devlin & Barlow* for the re-
spondent.

September 15, 1969. Denied.

JOHN SPELDOS, PLAINTIFF-RESPONDENT, v. E. I.
duPONT de NEMOURS AND CO., INC., RESPONDENT-
PETITIONER.

*Messrs. O'Brien, Brett & O'Brien* for the petitioner.

*Mr. John V. Burns* for the respondent.

September 15, 1969. Denied.

M. KRAVETZ AND CO., PLAINTIFF-PETITIONER, v. IN-
DEPENDENT MUTUAL INSURANCE AGENTS ASSOCIA-
TION OF NEW JERSEY, *ET AL.*, DEFENDANTS-RE-
SPONDENTS.

*Mr. Edward K. Zuckerman* for the petitioner.

*Messrs. Lane & Evans* for the respondents.

September 15, 1969. Denied.